# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | TSO General Corp | 11/30/2022 | Wire | $ 7,580.00 |
| Akorn Operating Company, LLC | TSO General Corp | 2/8/2023 | Wire | $ 2,553.68 |
| | | | | $ 10,133.68 |