## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

AKORN HOLDING COMPANY LLC, *et al.*[1]

Debtors,

George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,

Plaintiff,

vs.

TSO General Corp.,

Defendant.

CHAPTER 7

Case No. 23-10253 (KBO)
(Jointly Administered)

### ENTRY OF APPERANCE

PLEASE ENTER THE APPEARANCE of Daire J. Pyle, of Stern & Eisenberg, 200 Biddle Avenue, Suite 107, Newark DE, 19702, on behalf of TSO General Corp., in the above-captioned action.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|  |  |
|---|---|
| Dated: May 14, 2025 | Stern & Eisenberg, PC |
|  | _/s/ Daire J. Pyle_ |
|  | Catherine Di Lorenzo, Esquire (#5475) |
|  | Daire Pyle, Esquire (#6895) |
|  | 200 Biddle Avenue, Suite 107 |
|  | Newark, DE 19702 |
|  | Phone: (302) 731-7200 |
|  | dpyle@sterneisenberg.com |