**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | * | |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | * | Case No. 23-10253 (KBO) (Lead Case) |
| Debtor(s) | * | Adversary Proceeding #: 25-50321-KBO |
| | * | (Jointly Administered) |
| | | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

AKORN HOLDING COMPANY LLC, *et al.*  \*

      Plaintiff,  \*

v.

TSO General Corp.,  \*

      Defendant  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF MOTION**

**To:**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.<br>1628 John F. Kennedy Blvd, #950<br>Philadelphia, PA 19103<br>2155610950<br><br>Turner Falk<br>Saul Ewing LLP<br>1500 Market Street<br>Center Square West, 38th Floor<br>Philadelphia, PA 19102<br>215-972-8415<br>Email: turner.falk@saul.com | Evan T. Miller, Esquire<br>Paige N. Topper, Esquire<br>SAUL EWING LLP<br>1201 North Market St., Ste 2300<br>Wilmington, DE 19801<br><br>Michelle G. Novick, Esquire<br>SAUL EWING LLP<br>161 North Clark Street, Ste 4200<br>Chicago, IL 60601 |

TSO has failed a Motion to Dismiss the Plaintiff's Complaint.

**HEARING ON THE MOTION WILL BE HELD ON AT A TIME CONVENIENT TO THE COURT in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801**

You must serve a copy of the response upon Movant's attorney:

> Daire Pyle
> Stern & Eisenberg, PC
> 200 Biddle Avenue, Suite 107
> Newark, DE 19702

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Date: May 16, 2025                                  Respectfully Submitted,

                                                                /s/  Daire Pyle
Daire Pyle   FBN: 6895
Stern & Eisenberg, PC
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com
Attorney for TSO General Corp.