**Client: Akorn Operating Company LLC  Type: All transactions  Status: All statuses  Delivery Method: Any  Date: All**

| Date | Type | No. | Client | Memo | Amount | Status |
|---|---|---|---|---|---|---|
| 8/31/2019 | Journal Entry | 1-Opening Balances | Akorn Operating Company LLC | | 1,616.32 | paid |
| 9/16/2019 | Payment | 240626 | Akorn Operating Company LLC | | -1,616.32 | applied |
| 1/27/2020 | Invoice | 13793 | Akorn Operating Company LLC | | 816.00 | paid |
| 2/26/2020 | Invoice | 13811 | Akorn Operating Company LLC | | 2,069.00 | |
| 3/2/2020 | Payment | 16698 | Akorn Operating Company LLC | | -816.00 | applied |
| 3/26/2020 | Payment | 200326 | Akorn Operating Company LLC | | -2,069.00 | applied |
| 4/30/2020 | Invoice | 13895 | Akorn Operating Company LLC | | 1,195.00 | paid |
| 10/19/2020 | Payment | 20-1019 | Akorn Operating Company LLC | | -1,195.00 | applied |
| 3/24/2021 | Invoice | 14210 | Akorn Operating Company LLC | | 2,385.00 | |
| 3/30/2021 | Invoice | 14229 | Akorn Operating Company LLC | | 685.00 | paid |
| 04/26/2021 | Payment | 21-0426 | Akorn Operating Company LLC | | -2,385.00 | applied |
| 05/03/2021 | Payment | 21-0503 | Akorn Operating Company LLC | | -685.00 | applied |
| 05/20/2021 | Invoice | 14274 | Akorn Operating Company LLC | | 625.73 | paid |
| 06/21/2021 | Payment | 21-0621 | Akorn Operating Company LLC | | -625.73 | applied |
| 11/02/2021 | Estimate | 14428 | Akorn Operating Company LLC | | 600.00 | closed |
| 11/08/2021 | Invoice | 14428 | Akorn Operating Company LLC | | 626.12 | paid |
| 12/03/2021 | Payment | Transfer | Akorn Operating Company LLC | | -626.12 | applied |
| 12/06/2021 | Estimate | 21-1206 | Akorn Operating Company LLC | | 2,485.00 | closed |
| 12/17/2021 | Invoice | 14467 | Akorn Operating Company LLC | | 2,529.00 | paid |
| 1/17/2022 | Payment | 025646 | Akorn Operating Company LLC | | -2,529.00 | applied |
| 2/28/2022 | Invoice | 14508 | Akorn Operating Company LLC | | 4,525.00 | paid |
| 2/28/2022 | Invoice | 14507 | Akorn Operating Company LLC | | 4,525.00 | paid |
| 3/11/2022 | Invoice | 14530 | Akorn Operating Company LLC | | 626.81 | |
| 4/2/2022 | Payment | 26786 | Akorn Operating Company LLC | | -9,050.00 | applied |
| 4/11/2022 | Payment | 22-0411 | Akorn Operating Company LLC | | -626.81 | applied |
| 4/28/2022 | Invoice | 14545 | Akorn Operating Company LLC | | 1,299.00 | paid |
| 4/28/2022 | Invoice | 14544 | Akorn Operating Company LLC | | 3,882.00 | paid |
| 5/18/2022 | Invoice | 14557 | Akorn Operating Company LLC | | 3,814.00 | paid |
| 5/18/2022 | Invoice | 14558 | Akorn Operating Company LLC | | 3,642.00 | paid |
| 5/31/2022 | Payment | 22-0531 | Akorn Operating Company LLC | | -5,181.00 | applied |
| 6/10/2022 | Payment | 22-0610 | Akorn Operating Company LLC | | -7,456.00 | applied |
| 6/28/2022 | Invoice | 14623 | Akorn Operating Company LLC | | 2,970.00 | paid |
| 7/22/2022 | Invoice | 14606 | Akorn Operating Company LLC | | 5,013.00 | |
| 7/29/2022 | Payment | 28496 | Akorn Operating Company LLC | | -2,970.00 | applied |
| 8/10/2022 | Invoice | 14658 | Akorn Operating Company LLC | | 5,013.00 | paid |
| 8/10/2022 | Invoice | 14673 | Akorn Operating Company LLC | | 2,365.00 | paid |
| 8/29/2022 | Invoice | 14708 | Akorn Operating Company LLC | | 2,426.00 | |
| 8/29/2022 | Payment | 978064495 | Akorn Operating Company LLC | | -5,013.00 | applied |
| 8/30/2022 | Invoice | 14660 | Akorn Operating Company LLC | | 4,879.00 | paid |
| 8/31/2022 | Invoice | 14681 | Akorn Operating Company LLC | | 5,003.00 | paid |
| 9/16/2022 | Payment | 220919 | Akorn Operating Company LLC | | -7,378.00 | applied |
| 10/03/2022 | Payment | 980192365 | Akorn Operating Company LLC | | -7,305.00 | applied |
| 10/24/2022 | Invoice | 14772 | Akorn Operating Company LLC | | 2,665.00 | paid |
| 10/24/2022 | Invoice | 14722 | Akorn Operating Company LLC | | 4,915.00 | paid |
| 10/24/2022 | Payment | 981560909 | Akorn Operating Company LLC | | -5,003.00 | applied |
| 12/1/2022 | Payment | 29974 | Akorn Operating Company LLC | | -7,580.00 | applied |
| 12/15/2022 | Invoice | 14817 | Akorn Operating Company LLC | | 913.76 | paid |
| 12/22/2022 | Invoice | 14819 | Akorn Operating Company LLC | | 860.45 | paid |
| 1/10/2023 | Invoice | 14835 | Akorn Operating Company LLC | | 779.47 | paid |
| 1/19/2023 | Invoice | 14839 | Akorn Operating Company LLC | | 1,151.88 | unpaid |
| 2/10/2023 | Payment | 988403860 | Akorn Operating Company LLC | | -2,553.68 | applied |
| 2/24/2023 | Invoice | 14883 | Akorn Operating Company LLC | | 1,758.95 | unpaid |



TSO General Corp.
PO Box 662
Brentwood, NY  11717
+16319525320
curam@tsogeneral.com
http://www.tsogeneral.com

| BILL TO | SHIP TO | **INVOICE 14835** |
|---|---|---|
| Akorn Operating Company LLC | Akorn, Inc. | |
| 5605 Centerpoint Court | 369 Bayview Avenue | DATE 01/10/2023  TERMS Net 30 |
| Gurnee, IL  60031 | Amityville, NY 11701 | |
| United States | | DUE DATE 02/09/2023 |

| SHIP DATE | SHIP VIA | TRACKING NO. | PURCHASE ORDER |
|---|---|---|---|
| 01/10/2023 | UPS GROUND | 1ZA19V820366885266 | 226008 |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | LABELS | |
| 4,000 **COPIES** | 2" x 3.5" Label (IPA 74# Solution)<br>Prints 1/0 on White Standard Litho. Set up label & PDF proof | 755.20 |
| 1 **SHIPPING** | Akorn @ Amityville, NY 11701 | 24.27 |

*PAID*

We appreciate your business and look forward to working with you again.

NB: THERE IS A SERVICE CHARGE OF 4% ON ALL CREDIT CARD TRANSACTIONS.

| | |
|---|---|
| SUBTOTAL | 779.47 |
| TAX | 0.00 |
| TOTAL | 779.47 |
| PAYMENT | 779.47 |
| **TOTAL DUE** | **$0.00** |

Service Charge of 1-1/2% per month on balances past due date.



TSO General Corp.

PO Box 662

Brentwood, NY  11717

+16319525320

curam@tsogeneral.com

http://www.tsogeneral.com

| BILL TO | SHIP TO | |
|---|---|---|
| Akorn Operating Company LLC | Hi-Tech Pharmacal | **INVOICE 14819** |
| 5605 Centerpoint Court | 13 E. Edison Street | |
| Gurnee, IL  60031 | Amityville, NY 11701 | DATE 12/22/2022    TERMS Net 30 |
| United States | Attn.: Ravindra Singh | |
| | | DUE DATE 01/21/2023 |

PURCHASE ORDER

225634

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | LOG BOOKS | |
| 6 COPIES | 10" x 11" Books (2 Books Each of 3 Lots) Prints 1/0 Black on 70# Offset Opaque (200 Pages) | 835.00 |
| 1 SHIPPING | Amityville, NY | 25.45 |

We appreciate your business and look forward to working with you again.

NB: THERE IS A SERVICE CHARGE OF 4% ON ALL CREDIT CARD TRANSACTIONS.

| | |
|---|---|
| SUBTOTAL | 860.45 |
| TAX | 0.00 |
| TOTAL | 860.45 |
| PAYMENT | 860.45 |
| **TOTAL DUE** | **$0.00** |

PAID

Service Charge of 1-1/2% per month on balances past due date.



**TSO General Corp.**
PO Box 662
Brentwood, NY  11717
+16319525320
curam@tsogeneral.com
http://www.tsogeneral.com

| BILL TO | SHIP TO | |
|---|---|---|
| Akorn Operating Company LLC | Akorn, Inc. | **INVOICE 14817** |
| 5605 Centerpoint Court | 369 Bayview Avenue | DATE 12/15/2022   TERMS Net 30 |
| Gurnee, IL  60031 | Amityville, NY 11701 | |
| United States | | DUE DATE 01/14/2023 |

| SHIP DATE | SHIP VIA | TRACKING NO. | PURCHASE ORDER |
|---|---|---|---|
| 12/13/2022 | UPS GROUND | 1ZA19V820366256043 | 225706 |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
|  | LABELS |  |
| 5,000 COPIES | 2" x 3.5" Label<br>Prints 1/0 on White Standard Litho. Set up label & PDF proof | 890.00 |
| 1 SHIPPING | Akorn (Juan Guzman) @ Amityville, NY 11701 | 23.76 |

*PAID*

We appreciate your business and look forward to working with you again.

NB: THERE IS A SERVICE CHARGE OF 4% ON ALL CREDIT CARD TRANSACTIONS.

| | |
|---|---|
| SUBTOTAL | 913.76 |
| TAX | 0.00 |
| TOTAL | 913.76 |
| PAYMENT | 913.76 |
| **TOTAL DUE** | **$0.00** |

Service Charge of 1-1/2% per month on balances past due date.



**TSO General Corporation**
PO Box 662
Brentwood, NY  11717
+1 6319525320
curam@tsogeneral.com
http://www.tsogeneral.com

| BILL TO | SHIP TO | |
|---|---|---|
| Akorn Operating Company LLC | Akorn Operating Company LLC | **INVOICE 14839** |
| 5605 Centerpoint Court | DBA Hi-Tech Pharmacal Co. | |
| Gurnee, IL  60031 | 13 E. Edison Street | DATE 01/19/2023    TERMS Net 30 |
| United States | Amityville, NY 11701 | |
| | Attn.: Carmen Vargas | DUE DATE 02/18/2023 |

| SHIP DATE | SHIP VIA | TRACKING NO. | PURCHASE ORDER |
|---|---|---|---|
| 01/18/2023 | UPS GROUND | 1ZA19V820365508451 | 226092 |

| QTY | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | LOG BOOKS | |
| 15 | COPIES | 10" x 11" Books (3 Books Each of 5 Lots)<br>Prints 1/1 Black on 70# Offset Opaque (100 Pages)<br>Front & Spine Imprint on Green Vinyl-Hard Cover Bound | 1,730.00 |
| 1 | SHIPPING | Amityville, NY | 28.95 |

We appreciate your business and look forward to working with you again.

NB: THERE IS A SERVICE CHARGE OF 4% ON ALL CREDIT CARD TRANSACTIONS.

| | |
|---|---|
| SUBTOTAL | 1,758.95 |
| TAX | 0.00 |
| TOTAL | 1,758.95 |

| TOTAL DUE | $1,758.95 |
|---|---|

Service Charge of 1-1/2% per month on balances past due date.



TSO General Corporation
PO Box 662
Brentwood, NY 11717
+1 6319525320
curam@tsogeneral.com
http://www.tsogeneral.com

**BILL TO**
Akorn Operating Company LLC
5605 Centerpoint Court
Gurnee, IL 60031
United States

**SHIP TO**
Akorn Operating Company LLC
13 Edison Street
Amityville, NY 11701
United States

**INVOICE 14883**

DATE 02/24/2023    TERMS Net 30

DUE DATE 03/26/2023

**PURCHASE ORDER**
226868

| QTY | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | AKORN LOG BOOKS | |
| 9 | COPIES | 10" x 11" Log Books (3 Copies Each of 3 Lots) Lot 1: "Components Book" Prints 1/1 Black (102 Pages) on 70# Offset Opaque Facing Pages, First & Last Page Blank Lot 2 & 3: "Weight Verification Books" Prints 1/1 Black (100 Pages) on 70# Offset Opaque | 1,125.00 |
| 1 | SHIPPING | Amityville, NY Attn.: Carmen Vargas | 26.88 |

We appreciate your business and look forward to working with you again.

NB: THERE IS A SERVICE CHARGE OF 4% ON ALL CREDIT CARD TRANSACTIONS.

SUBTOTAL  1,151.88
TAX  0.00
TOTAL  1,151.88

TOTAL DUE  $1,151.88

Service Charge of 1-1/2% per month on balances past due date.