## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> AKORN HOLDING COMPANY LLC, *et al.*[1] <br><br> Debtor(s) | * <br><br> * Case No. 23-10253 (KBO) (Lead Case) <br><br> * Adversary Proceeding #: 25-50321-KBO <br><br> * (Jointly Administered) <br><br> Chapter 7 |

* * * * * * *   * * * * * * *

AKORN HOLDING COMPANY LLC, *et al.* *

    Plaintiff,                                *

v.

TSO General Corp.,                          *

    Defendant                                *

* * * * * * *   * * * * * * *

### ORDER DISMISSING THE PLAINTIFF'S COMPLAINT AND ADVERSARY PROCEEDING

**AND NOW, TO WIT**, the Defendant, TSO General Corp., having filed a Motion to Dismiss the Plaintiff's Complaint, (Doc. No. ___) having been duly presented, heard and considered;

The Court finds the facts as stated in the Defendant's motion.

**IT IS HEREBY ORDERED** that the Plaintiff's Complaint is hereby dismissed.

**ORDERED** that Adversary Proceeding 25-50321-KBO is hereby dismissed.

Date: _____                BY THE COURT:

                                                                         _____
                                                                         The Honorable Karen B. Owens
                                                                         Chief U.S. Bankruptcy Court Judge

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

File No.: DE202200000349