**Certification of Service**

I HEREBY CERTIFY that on May 16, 2025, copies of the foregoing Motion to Dismiss were served upon the parties listed below via first class mail, postage prepaid.

George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.
1628 John F. Kennedy Blvd, #950
Philadelphia, PA 19103
2155610950

Turner Falk
Saul Ewing LLP
1500 Market Street
Center Square West, 38th Floor
Philadelphia, PA 19102
215-972-8415
Email: turner.falk@saul.com

Evan T. Miller, Esquire
Paige N. Topper, Esquire
SAUL EWING LLP
1201 North Market St., Ste 2300
Wilmington, DE 19801

Michelle G. Novick, Esquire
SAUL EWING LLP
161 North Clark Street, Ste 4200
Chicago, IL 60601

Respectfully Submitted,

   /s/  Daire Pyle
Daire  Pyle   FBN: 6895
Stern & Eisenberg, PC
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com
Attorney for Creditor