# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>TSO GENERAL CORP.,<br>Defendant. | Adv. Proc. No. 25-50321 (KBO) |

## STIPULATION TO EXTEND BRIEFING DEADLINES OF MOTION TO DISMISS

Plaintiff, George L. Miller, in his capacity as chapter 7 trustee for the estate of the above-captioned debtors ("**Plaintiff**"), and defendant, TSO General Corp. ("**Defendant**"), hereby stipulate as follows:

1. Plaintiff's deadline to file a response to *Defendant's Motion to Dismiss Complaint* ("**Response**") [D.I. 6] is extended to June 30, 2025.

2. Defendant's deadline to file a reply to the Response is extended to July 7, 2025.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3. The pretrial conference remains scheduled for July 10, 2025, at 11:00 a.m.

Dated: May 27, 2025　　　　　　　　　　**SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (*admitted pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (*admitted pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Special Counsel to the Chapter 7 Trustee*

**Stern & Eisenberg, PC**

/s/ Daire Pyle
Daire Pyle FBN: 6895
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com

*Attorney for TSO General Corp.*