# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TSO GENERAL CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50278 (KBO) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on May 27, 2025, a true and correct copy of *Plaintiff's Motion to Extend Briefing Deadlines of Motion to Dismiss* was served by Electronic Mail and through the Court's CM/ECF system on the below parties:

Daire Pyle
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com
*Attorney for TSO General Corp.*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2

**SAUL EWING LLP**

By: <u>  */s/ Evan T. Miller*                </u>
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
evan.miller@saul.com