# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>TSO GENERAL CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50321 (KBO) |

## STIPULATION TO FURTHER EXTEND BRIEFING DEADLINES OF MOTION TO DISMISS

Plaintiff, George L. Miller, in his capacity as chapter 7 trustee for the estate of the above-captioned debtors ("**Plaintiff**"), and defendant, TSO General Corp. ("**Defendant**"), hereby stipulate as follows while the Plaintiff and Defendant finalize a settlement in this matter:

1. Plaintiff's deadline to file a response to *Defendant's Motion to Dismiss Complaint* ("**Response**") [D.I. 6] is extended from June 30, 2025 to July 30, 2025.

2. Defendant's deadline to file a reply to the Response is extended from July 7, 2025, to August 7, 2025.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3. The pretrial conference on July 10, 2025, at 11:00 a.m. is stricken.

| | |
|---|---|
| Dated: June 27, 2025 | **SAUL EWING LLP** |
| | /s/ *Evan T. Miller* |
| | Evan T. Miller (DE Bar No. 5364) |
| | Paige N. Topper (DE Bar No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | P.O. Box 1266 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (*admitted pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Turner N. Falk (*admitted pro hac vice*) |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-8415 |
| | turner.falk@saul.com |
| | |
| | *Special Counsel to the Chapter 7 Trustee* |
| | |
| | **Stern & Eisenberg, PC** |
| | |
| | /s/ Daire Pyle |
| | Daire Pyle FBN: 6895 |
| | 200 Biddle Avenue, Suite 107 |
| | Newark, DE 19702 |
| | Phone: (302) 731-7200 |
| | Fax: (302) 731-7211 |
| | dpyle@sterneisenberg.com |
| | *Attorney for TSO General Corp.* |