## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-50278 (KBO) |
| TSO GENERAL CORP., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on June 27, 2025, a true and correct copy of *Plaintiff's Motion to Extend Briefing Deadlines of Motion to Dismiss* was served by Electronic Mail and through the Court's CM/ECF system on the below parties:

Daire Pyle
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com
*Attorney for TSO General Corp.*

---

[1]    The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**

By: _____/s/ Evan T. Miller_____
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:  (302) 421-6800
evan.miller@saul.com